```
                UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-167M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| RYAN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Possession of Methamphetamine with Intent to Distribute

<u>Date of Detention Hearing</u>:   April 13, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged by Complaint with knowingly and intentionally possessing

01 500 grams or more or a mixture of substance containing methamphetamine with intent to
02 distribute.

03     (2)    Defendant's criminal history includes convictions for carrying a concealed weapon,
04 trespass, and obstructing/resisting a public officer.

05     (3)    Defendant was not interviewed by Pretrial Services. He was born in California.
06 There is no additional information available regarding his personal history, residence, family ties,
07 ties to this district, income, financial assets or liabilities, physical/mental health or controlled
08 substance use if any.

09     (4)    Defendant does not contest detention.

10     (5)    Defendant poses a risk of nonappearance because of unknown background
11 information, and unknown ties to this district. He poses a risk of danger due to his criminal history
12 and the nature of the instant offense.

13     (6)    There does not appear to be any condition or combination of conditions that will
14 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
15 to other persons or the community.

16 It is therefore ORDERED:

17     (1)    Defendant shall be detained pending trial and committed to the custody of the
18     Attorney General for confinement in a correction facility separate, to the extent
19     practicable, from persons awaiting or serving sentences or being held in custody
20     pending appeal;

21     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
22     counsel;

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  13th  day of  April , 2006.

Mary Alice Theiler
United States Magistrate Judge